**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-6148**

―――――――――

ALONZO KEVIN BIRCHEAD,

Petitioner - Appellant,

versus

EARL BRESHEARS, Warden; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Herbert N. Maletz, Senior Judge, sitting
by designation. (CA-95-1063-L)

―――――――――

Submitted: April 16, 1996          Decided: May 7, 1996

―――――――――

Before WIDENER, ERVIN, and WILKINS, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Alonzo Kevin Birchead, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. We also find that even if a part of Appellant's insufficient evidence claim is not procedurally defaulted it is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Birchead v. Breshears, No. CA-95-1063-L (D. Md. Jan. 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2